IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07–cr–00172–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    EDWIN ANGULA-VALDEZ, *et al.*,

    Defendants.

---

Criminal Case No. 07–cr–00177–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SALADIN KARIEM,

    Defendant.

---

Criminal Case No. 07–cr–00179–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GARRETT CRAWFORD,

    Defendant.

---

Criminal Case No. 07–cr–00185–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DANTE BUTLER, *et al.*,

      Defendants.

_____

Criminal Case No. 07–cr–00173–LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  VERONICA GARCIA,

      Defendant.

_____

Criminal Case No. 07–cr–00174–LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JEROME JOHNSON,

      Defendant.

_____

Criminal Case No. 07–cr–00175–LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ANDRE STANLEY,

      Defendant.

---

Criminal Case No. 07–cr–00176–MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RODERICK PENNY,

      Defendant.

---

Criminal Case No. 07–cr–00180–REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  OSCAR GARCIA-RUIZ,

      Defendant.

---

Criminal Case No. 07–cr–00182–REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  AISHA DENISE BAKER, *et al.*,

     Defendants.

Criminal Case No. 07–cr–00183–REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CAMEO BANKS, *et al.*,

     Defendants.

Criminal Case No. 07–cr–00184–WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DAMON BROOKS, *et al.*,

     Defendants.

Criminal Case No. 07–cr–00186–WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CHANTAE THOMAS,

     Defendant.

---

Criminal Case No. 07–cr–00187–WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  REGINALD FISHER,

     Defendant.

---

Criminal Case No. 07–cr–00188–WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JOSE AVENDANO, *et al.*,

     Defendants.

# ORDER

Thirteen criminal cases involving myriad defendants have been assigned to this court for the limited purpose of, *inter alia*, scheduling hearings to resolve wiretap motions. A status conference/scheduling hearing has been scheduled for Friday, June 22, 2007 at 2:00 o'clock p.m. Now before the court are (1) a motion [#271] in 07-cr-00172-EWN by Defendant Teresa Mosley to allow substitute counsel to appear at the hearing, (2) a motion [#25] in 07-cr-00180-REB to waive the presence of Defendant Oscar Garcia-Ruiz, (3) a motion [#24] in the same case by the same defendant to allow substitute counsel to appear at the hearing, (4) a motion [#54] in 07-cr-00182-REB by Defendant Kenny Harris to allow substitute counsel to appear at the hearing, (5) a motion [#172] in 07-cr-00183-REB to excuse the presence of Defendant April Burke and to allow substitute counsel to appear at the hearing, (6) a motion [#54] in 07-cr-00185-EWN to allow substitute counsel to appear at the hearing, and (7) two motions [## 180, 185] in 07-cr-00188-WDM to continue the conference, filed by Defendants Ariel Fraire and Luis Muro-Munoz.

Motions 271 in 07-cr-00172-EWN, 24 and 25 in 07-cr-00180-REB, 54 in 07-cr-00182-REB, 54 in 07-cr-00185-EWN, and 172 in 07-cr-00183 are not problematic. This being an "administrative" hearing concerning scheduling, <u>see</u> <u>United States v. Oles</u>, 994 F.2d 1519, 1525 (10th Cir. 1993), a defendant's presence is not, in this court's view, required and may be waived. Fed. R. Crim P. 43. Similarly, so long as the "substitute" counsel has regular counsel's calendar and possesses full authority to schedule hearings on that calendar, there is no reason to demand

regular counsel's appearance.  The requests for substitution recite that substitute counsel will have both the requisite calendar and authority.

Motions 180 and 185 in 07-cr-00188-WDM are problematic.  Given the number of cases, defendants, and attorneys, it is unlikely that any date or time would fit all schedules.  Alternatives, including those described above, are available.  A continuance is highly impractical.  For these reasons, it is

ORDERED as follows:

1.      Docs. Nos. 271 in 07-cr-00172-EWN, 24 and 25 in 07-cr-00180-REB, 54 in 07-cr-00182-REB, 54 in 07-cr-00185-EWN, and 172 in 07-cr-00183 are GRANTED.

2.      Docs. Nos. 180 and 185 in 07-cr-00188-WDM are DENIED.

Dated this 14th day of June, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge