UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMON BROOKS,
2. HAVEN BREWER, a/k/a/ "No Love,"
3. VERNON EDWARDS, a/k/a "Lil Thirty Ounce,"
4. BRIAN HICKS, a/k/a "Solo," a/k/a "S,"
5. BENJAMIN CORNELL THOMAS, a/k/a "E-Low," a/k/a "Little E-Low," a/k/a "Trey-Trey,"
6. GERARDO TORIBIO, a/k/a "Chato," a/k/a "Guero,"
7. DAMIAN TURNER, a/k/a "Two Two,"
8. PATRICIA TURNER,
9. MALCOLM WATSON, a/k/a "PM," and
10. WILLIE CLARK, a/k/a "Little Lett,"

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Status Conference, which took place Friday, August 3, 2007, at 2:00 p.m. Based on the Status Report filed by the United States, as well as the discussion that took place on the record during the hearing, it is hereby

ORDERED that Defendants shall file any motions attacking the face of the indictment on or before **Friday, September 28, 2007**, and the United States shall file responses to such motions on or before **Friday, October 19, 2007**. It is

FURTHER ORDERED that Defendants may commence filing motions for discovery on **Friday, September 28, 2007**. It is

FURTHER ORDERED that the United States shall file as detailed a <u>James</u> proffer as is possible on or before **Friday, September 28, 2007**, and Defendants shall have to and including **Friday, October 19, 2007**, to file responses to the proffer. It is

FURTHER ORDERED that the parties shall file a motion requesting that the Court set an additional status conference in this matter, as appropriate.

Dated: August 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge