UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMON BROOKS,
2. HAVEN BREWER, a/k/a/ "No Love,"
3. VERNON EDWARDS, a/k/a "Lil Thirty Ounce,"
4. BRIAN HICKS, a/k/a "Solo," a/k/a "S,"
5. BENJAMIN CORNELL THOMAS, a/k/a "E-Low," a/k/a "Little E-Low," a/k/a "Trey-Trey,"
6. GERARDO TORIBIO, a/k/a "Chato," a/k/a "Guero,"
7. DAMIAN TURNER, a/k/a "Two Two,"
8. PATRICIA TURNER,
9. MALCOLM WATSON, a/k/a "PM," and
10. WILLIE CLARK, a/k/a "Little Lett,"

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on Government's Motion for Extension of Time to File Joint Scheduling Motion for the Government's *James* Proffer, filed October 24, 2007 (docket #276).

On September 17, 2007, I ordered the United States to file a joint status report by October 24, 2007, including a proposed briefing schedule for the *James* proffer. On October 17, 2007, Defendant Brooks entered a Notice of Disposition in the case. The Government had been discussing the issue of a proposed briefing schedule with

Attorney Daniel Smith who represents Defendant Brooks.  In the instant motion, the Government requests an additional two weeks to determine a lead attorney from the defense side and to work out a proposal that is acceptable to both parties.  Upon review of the motion and the file herein, it is hereby

ORDERED that the Government's Motion for Extension of Time to File Joint Scheduling Motion for the Government's *James* Proffer, filed on October 24, 2007 is **GRANTED**.  It is

FURTHER ORDERED that the portion of this Court's September 17, 2007, Order requiring the Government to file its *James* proffer on or before October 24, 2007, is **VACATED**.  It is

FURTHER ORDERED that the parties shall file a status report no later than Wednesday, November 14, 2007, that includes a proposed briefing schedule on the Government's *James* proffer.

Dated:  October 25, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge