IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00184-WYD

ORDER TO SEAL DOCUMENT 1045

The Court has for consideration the government's Motion to Seal Document 1045 wherein the government asks this Court to seal Document 1045, the motion and order attached thereto, and any order resulting from Document 1045.  Upon consideration, it is hereby

ORDERED that Government's Motion to Seal Document 1045 [ECF No. 1046], filed June 28, 2011, is **GRANTED.**  It is further

ORDERED that Document No. 1045, the motion and order attached thereto, and any order issued by this Court with regard to Document 1045, are hereby sealed until further order of this Court.

Dated:  July 1, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge